```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

LARRY SHAFFER                                              PLAINTIFF

       v.            Civil No. 08-5110

CITY NATIONAL BANK, and its
successor, BANCORPSOUTH                                   DEFENDANTS

### ORDER

Now on this 14th day of July, 2008, comes on for consideration the parties' **Stipulation for Dismissal (With Prejudice)** (document #5), and the Court, being well and sufficiently advised, finds and orders that the motion should be, and it hereby is, **granted**, and this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

 

                                             /s/ Jimm Larry Hendren
                                             JIMM LARRY HENDREN
                                             UNITED STATES DISTRICT JUDGE